AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hanen, Andrew S. | United States District Court - Texas | 09/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> **5b.** ☑ Amended Report | 01/01/2018 <br> **to** <br> 12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
515 Rusk Street, Rm. 9110
Houston, Texas 77002

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 09/15/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | Self-Employed Attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Stanford/Federalist Society | 4/11/2018-4/12/2018 | Palo Alto, CA | Speech | Travel, Meals, & Hotel |
| 2. | State Bar of Texas CLE | 5/18/2018 | San Antonio, TX | Speech | Travel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 09/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   IRA Account #1 | | | | | | | | | |
| 2.   - Bank of America RASP | A | Interest | J | T | | | | | |
| 3.   - Apple | A | Dividend | K | T | | | | | |
| 4.   - I Shares Biotech | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 5.   - I Shares Biotech | | | | | Sold (part) | 04/02/18 | J | A | |
| 6.   - I Shares Biotech | | | | | Buy (add'l) | 08/31/18 | J | | |
| 7.   - Vanguard Consumer STPL | A | Dividend | J | T | Buy (add'l) | 03/08/18 | J | | |
| 8.   - Vanguard Consumer STPL | | | | | Sold (part) | 04/02/18 | J | A | |
| 9.   - Vanguard Consumer STPL | | | | | Sold (part) | 06/25/18 | J | A | |
| 10.   - Vanguard Consumer STPL | | | | | Sold (part) | 10/22/18 | J | A | |
| 11.   - Vanguard Materials | A | Dividend | J | T | Buy (add'l) | 03/08/18 | J | | |
| 12.   - Vanguard Materials | | | | | Buy (add'l) | 06/25/18 | J | | |
| 13.   - Vanguard Materials | | | | | Sold (part) | 08/31/18 | J | A | |
| 14.   - Vanguard Consumer (Dis.) | A | Dividend | K | T | Sold (part) | 06/25/18 | J | A | |
| 15.   - Vanguard Consumer (Dis.) | | | | | Sold (part) | 08/31/18 | J | A | |
| 16.   - Vanguard Consumer (Dis.) | | | | | Sold (part) | 10/22/18 | J | A | |
| 17.   - Vanguard Ind | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Vanguard Ind | | | | | Buy (add'l) | 06/25/18 | J | | |
| 19.  - Vanguard Ind | | | | | Buy (add'l) | 08/31/18 | J | | |
| 20.  - Health Care Select SPDR Fund | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 21.  - Health Care Select SPDR Fund | | | | | Sold (part) | 04/02/18 | J | A | |
| 22.  - Health Care Select SPDR Fund | | | | | Buy (add'l) | 06/25/18 | J | | |
| 23.  - Health Care Select SPDR Fund | | | | | Buy (add'l) | 08/31/18 | J | | |
| 24.  - Health Care Select SPDR Fund | | | | | Sold (part) | 10/22/18 | J | A | |
| 25.  - Spdr Financial | A | Dividend | J | T | Sold (part) | 03/08/18 | J | A | |
| 26.  - Spdr Financial | | | | | Buy (add'l) | 06/25/18 | J | | |
| 27.  - Spdr Financial | | | | | Buy (add'l) | 08/31/18 | J | | |
| 28.  - Vanguard Info | A | Dividend | K | T | Sold (part) | 03/08/18 | J | A | |
| 29.  - Vanguard Info | | | | | Sold (part) | 06/25/18 | J | A | |
| 30.  - Vanguard Info | | | | | Sold (part) | 10/22/18 | J | A | |
| 31.  - First TR Exchange Trade (See Note 1) | | None | J | T | Buy (add'l) | 03/08/18 | J | | |
| 32.  - First TR Exchange Trade | | | | | Sold (part) | 06/25/18 | J | A | |
| 33.  - First TR Exchange Trade | | | | | Buy (add'l) | 08/31/18 | J | | |
| 34.  - First TR Exchange Trade | | | | | Sold (part) | 10/22/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - First Trust Cloud | A | Dividend | J | T | Buy<br>(add'l) | 03/08/18 | J | | |
| 36. - First Trust Cloud | | | | | Buy<br>(add'l) | 04/02/18 | J | | |
| 37. - First Trust Cloud | | | | | Buy<br>(add'l) | 08/31/18 | J | | |
| 38. - First Trust Cloud | | | | | Sold<br>(part) | 10/22/18 | J | A | |
| 39. - Sector Spdr Energy | A | Dividend | J | T | Sold<br>(part) | 03/08/18 | J | A | |
| 40. - Sector Spdr Energy | | | | | Sold<br>(part) | 06/25/18 | J | A | |
| 41. - Real Estate Select | A | Dividend | J | T | Sold<br>(part) | 06/25/18 | J | A | |
| 42. - Vanguard Telecomm | A | Dividend | | | Buy | 03/08/18 | J | | |
| 43. - Vanguard Telecomm | | | | | Sold | 08/31/18 | J | A | |
| 44. - Comm. Services Select | A | Dividend | J | T | Buy | 10/22/18 | K | | |
| 45. Retirement Account #1 | | | | | | | | | |
| 46. - Fidelity Short Term Bond Fund | A | Dividend | | | Sold | 07/05/18 | M | E | |
| 47. - BMO Strategic Income Fund (See Note 2) | D | Dividend | M | T | | | | | |
| 48. - Microsoft Bonds | A | Interest | K | T | | | | | |
| 49. - Goldman Sachs Bonds | B | Interest | K | T | | | | | |
| 50. - George Washington Uni. Bond | A | Interest | | | Redeemed | 04/27/18 | K | A | |
| 51. - Fidelity Cash Reserves | B | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Fidelity MMKT Premium Class (See Note 7) | A | Dividend | J | T | Buy | 07/03/18 | M | | |
| 53. | | | | | Sold (part) | 07/13/18 | J | A | |
| 54. | | | | | Sold (part) | 10/12/18 | K | A | |
| 55. | | | | | Sold (part) | 10/17/18 | K | A | |
| 56. | | | | | Sold (part) | 10/24/18 | L | A | |
| 57. - Fidelity Contra Fund | C | Dividend | K | T | Buy (add'l) | 07/05/18 | K | | |
| 58. - Fidelity Equity | B | Dividend | J | T | | | | | |
| 59. - Fidelity Dividend | B | Dividend | J | T | | | | | |
| 60. - Fidelity Blue Chip | A | Dividend | J | T | | | | | |
| 61. - Simmons Bk CD | A | Interest | K | T | Buy | 10/24/18 | K | | |
| 62. - Modern Bk CD | A | Interest | K | T | Buy | 10/12/18 | K | | |
| 63. - Valley Nat. Bk CD | A | Interest | K | T | Buy | 10/17/18 | K | | |
| 64. - Wells Fargo Bk CD | B | Interest | M | T | Buy | 07/13/18 | M | | |
| 65. - Fidelity 500 Index Fund (See Note 3) | A | Dividend | K | T | Buy | 07/03/18 | M | | |
| 66. - Fidelity 500 Index Fund | | | | | Buy (add'l) | 07/05/18 | K | | |
| 67. - Fidelity 500 Index Fund | | | | | Sold (part) | 07/13/18 | J | A | |
| 68. - Fidelity 500 Index Fund | | | | | Sold (part) | 10/12/18 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   - Fidelity 500 Index Fund | | | | | Sold<br>(part) | 10/17/18 | K | A | |
| 70.   - Fidelity 500 Index Fund | | | | | Sold<br>(part) | 10/24/18 | K | A | |
| 71.   Brokerage Account #1 | | | | | | | | | |
| 72.   - Burleson TX ISD Municipal Bonds | C | Interest | | | Redeemed | 08/01/18 | M | A | |
| 73.   - Morgan Stanley Private Bank NA Fund | A | Interest | K | T | | | | | |
| 74.   - JP Morgan Chase FXD | C | Dividend | L | T | Buy | 10/04/18 | M | | |
| 75.   - CitiGroup Inc. FXD 5.8 | C | Dividend | L | T | Buy | 10/04/18 | M | | |
| 76.   - CitiGroup Inc. FXD 5.95 | | None | L | T | Buy | 10/04/18 | M | | |
| 77.   - CitiGroup Inc. FXD 6.125 | D | Dividend | M | T | Buy | 11/05/18 | M | | |
| 78.   Brokerage Account #2 | | | | | | | | | |
| 79.   - N. Tex. Twy. Auth. Municipal Bonds | C | Interest | L | T | | | | | |
| 80.   - Waco TX CTFS (See Note 4) | B | Interest | K | T | | | | | |
| 81.   - Bank of America Money Market Fund (See Note 4) | A | Interest | L | T | | | | | |
| 82.   - Eaton Vance Tax | B | Dividend | L | T | Buy | 10/04/18 | M | | |
| 83.   - S+P 500 | | None | K | T | Buy | 10/25/18 | K | | |
| 84.   Compass Bank | A | Interest | O | T | | | | | |
| 85.   Northwestern Mutual EOL Whole Life Insurance #117 (See Note 8) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.   Northwestern Mutual EOL Whole Life Insurance #714 | A | Dividend | J | T | | | | | |
| 87.   Northwestern Life Mutual Whole Life Insurance #642 | A | Dividend | J | T | | | | | |
| 88.   Northwestern Mutual Whole Life Insurance #817 | C | Dividend | L | T | | | | | |
| 89.   Northwestern Mutual Whole Life Insurance #811 | C | Dividend | L | T | | | | | |
| 90.   Northwestern Mutual Whole Life Insurance #840 | C | Dividend | K | T | | | | | |
| 91.   IRA Account #4 | | | | | | | | | |
| 92.   - Treasury Strips | A | Interest | | | Redeemed | 05/15/18 | J | A | |
| 93.   - Capital Income BLDR | D | Dividend | M | T | | | | | |
| 94.   - American FDS Portfolio Growth and Index Fund | E | Dividend | N | T | | | | | |
| 95.   - Apple | A | Dividend | J | T | | | | | |
| 96.   - Spdr Indus. | A | Dividend | J | T | | | | | |
| 97.   - Spdr. Consumer STPL | A | Dividend | J | T | | | | | |
| 98.   - Spdr Energy | A | Dividend | J | T | | | | | |
| 99.   - Consumer Discretion - Select Sector SPDR FD | A | Dividend | J | T | | | | | |
| 100.   - Spdr Gold | | None | J | T | | | | | |
| 101.   - Vanguard Info | A | Dividend | J | T | | | | | |
| 102.   - WF Sweep | A | Dividend | J | T | | | | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
|   (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
|   (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
|   (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - American High Income Trust | A | Dividend | K | T | Buy | 03/19/18 | J | | |
| 104.  - American High Income Trust | | | | | Buy<br>(add'l) | 04/04/18 | J | | |
| 105.  IRA Account #5 (See Note 5) | | | | | | | | | |
| 106.  - I Shares S+P 500 (X) | A | Dividend | K | T | Sold<br>(part) | 06/28/18 | J | A | |
| 107.  - I Shares S+P 500 (X) | | | | | Sold<br>(part) | 10/24/18 | J | A | |
| 108.  - I Shares S+P 500 (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 109.  - I Shares S+P 500 (X) | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 110.  - I Shares MSCI (X) | A | Dividend | K | T | Buy<br>(add'l) | 06/28/18 | J | | |
| 111.  - I Shares MSCI (X) | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 112.  - I Shares MSCI (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 113.  - I Shares MSCI (X) | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 114.  - Pacer FDS (X) | A | Dividend | K | T | Sold<br>(part) | 06/28/18 | J | A | |
| 115.  - Pacer FDS (X) | | | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 116.  - Pacer FDS (X) | | | | | Sold<br>(part) | 10/24/18 | J | A | |
| 117.  - Pacer FDS (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 118.  - Pacer FDS (X) | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 119.  - SPDR Gold Trust (X) | | None | J | T | Buy<br>(add'l) | 06/28/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - SPDR Gold Trust (X) | | | | | Sold (part) | 12/07/18 | J | A | |
| 121. - SPDR Gold Trust (X) | | | | | Sold (part) | 12/26/18 | J | A | |
| 122. - Vanguard Int'l Equity (X) | A | Dividend | J | T | Buy (add'l) | 06/28/18 | J | | |
| 123. - Vanguard Int'l Equity (X) | | | | | Buy (add'l) | 10/24/18 | J | | |
| 124. - Vanguard Int'l Equity (X) | | | | | Sold (part) | 12/07/18 | J | A | |
| 125. - Vanguard Int'l Equity (X) | | | | | Buy (add'l) | 12/26/18 | J | | |
| 126. - Vanguard Mid-Cap (X) | A | Dividend | K | T | Sold (part) | 06/28/18 | J | A | |
| 127. - Vanguard Mid-Cap (X) | | | | | Buy (add'l) | 10/24/18 | J | | |
| 128. - Vanguard Mid-Cap (X) | | | | | Sold (part) | 12/07/18 | J | A | |
| 129. - Vanguard Mid-Cap (X) | | | | | Buy (add'l) | 12/26/18 | K | | |
| 130. - Vanguard Small-Cap (X) | A | Dividend | K | T | Sold (part) | 06/28/18 | J | A | |
| 131. - Vanguard Small-Cap (X) | | | | | Buy (add'l) | 10/24/18 | J | | |
| 132. - Vanguard Small-Cap (X) | | | | | Sold (part) | 12/07/18 | J | A | |
| 133. - Vanguard Small-Cap (X) | | | | | Buy (add'l) | 12/26/18 | J | | |
| 134. - Wisdomtree Japan ETF (X) | A | Dividend | K | T | Buy (add'l) | 06/28/18 | J | | |
| 135. - Wisdomtree Japan ETF (X) | | | | | Buy (add'l) | 07/27/18 | J | | |
| 136. - Wisdomtree Japan ETF (X) | | | | | Sold (part) | 12/07/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   - Wisdomtree Japan ETF (X) | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 138.   - Ariel Appreciation Fund (X) | B | Dividend | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 139.   - Ariel Appreciation Fund (X) | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 140.   - Ariel Appreciation Fund (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 141.   - Ariel Appreciation Fund (X) | | | | | Sold | 12/26/18 | K | A | |
| 142.   - Janus Invt FD (X) | B | Dividend | K | T | Sold<br>(part) | 06/28/18 | J | A | |
| 143.   - Janus Invt FD (X) | | | | | Sold<br>(part) | 10/24/18 | J | A | |
| 144.   - Janus Invt FD (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 145.   - Janus Invt FD (X) | | | | | Sold<br>(part) | 12/26/18 | J | A | |
| 146.   - Loomis Sayles Global (X) | A | Dividend | K | T | Sold<br>(part) | 06/28/18 | J | A | |
| 147.   - Loomis Sayles Global (X) | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 148.   - Loomis Sayles Global (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 149.   - Loomis Sayles Global (X) | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 150.   - Lord Abbett Short Dur. Income Fund (X) | B | Dividend | K | T | Sold<br>(part) | 06/28/18 | J | A | |
| 151.   - Lord Abbett Short Dur. Income Fund (X) | | | | | Sold<br>(part) | 10/24/18 | J | A | |
| 152.   - Lord Abbett Short Dur. Income Fund (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 153.   - Lord Abbett Short Dur. Income Fund (X) | | | | | Sold<br>(part) | 12/27/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - Oakmark Funds (X) | B | Dividend | K | T | Sold<br>(part) | 06/28/18 | J | A | |
| 155.  - Oakmark Funds (X) | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 156.  - Oakmark Funds (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 157.  - Oakmark Funds (X) | | | | | Buy<br>(add'l) | 12/26/18 | J | | |
| 158.  - Pioneer Serv. Flexible Oppty. (X) | A | Dividend | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 159.  - Pioneer Serv. Flexible Oppty. (X) | | | | | Buy<br>(add'l) | 07/27/18 | J | | |
| 160.  - Pioneer Serv. Flexible Oppty. (X) | | | | | Buy<br>(add'l) | 10/24/18 | J | | |
| 161.  - Pioneer Serv. Flexible Oppty. (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 162.  - Pioneer Serv. Flexible Oppty. (X) | | | | | Sold | 12/26/18 | K | A | |
| 163.  - Putnam Income (X) | B | Dividend | K | T | Sold<br>(part) | 06/28/18 | J | A | |
| 164.  - Putnam Income (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 165.  - Putnam Income (X) | | | | | Sold<br>(part) | 12/26/18 | J | A | |
| 166.  - Steelpath MLP (X) | A | Dividend | | | Sold | 06/28/18 | J | A | |
| 167.  - Templeton Income (X) | C | Dividend | K | T | Buy<br>(add'l) | 06/28/18 | J | | |
| 168.  - Templeton Income (X) | | | | | Sold<br>(part) | 10/24/18 | J | A | |
| 169.  - Templeton Income (X) | | | | | Sold<br>(part) | 12/07/18 | J | A | |
| 170.  - Templeton Income (X) | | | | | Sold<br>(part) | 12/26/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  - Vaneck Vectors | A | Dividend | J | T | Buy | 06/28/18 | J | | |
| 172.  - Vaneck Vectors | | | | | Buy (add'l) | 08/14/18 | J | | |
| 173.  - Vaneck Vectors | | | | | Sold (part) | 10/24/18 | J | A | |
| 174.  - Vaneck Vectors | | | | | Sold (part) | 12/07/18 | J | A | |
| 175.  - Vaneck Vectors | | | | | Sold (part) | 12/26/18 | J | A | |
| 176.  - First Eagle | | None | K | T | Buy | 12/26/18 | K | | |
| 177.  - Wells Fargo Sweep Account (X) | A | Interest | J | T | | | | | |
| 178.  IRA Account #6 (See Note 5) | | | | | | | | | |
| 179.  - Boardwalk Pipeline (X) | | None | | | Sold | 07/18/18 | K | A | |
| 180.  - Cross Timbers Roy. Trust (X) | A | Distribution | J | T | Buy (add'l) | 11/09/18 | J | | |
| 181.  - Energy Transfer Equity (X) | A | Dividend | K | T | | | | | |
| 182.  - Enterprise Prods. LP (X) | A | Dividend | K | T | Buy (add'l) | 11/28/18 | J | | |
| 183.  - Kinder Morgan Inc. (X) | A | Dividend | K | T | Buy (add'l) | 07/23/18 | J | | |
| 184.  - One OK Inc. (X) | A | Dividend | J | T | Sold (part) | 05/14/18 | J | A | |
| 185.  - Permian Basin Roy. Trust (X) | A | Distribution | J | T | Buy (add'l) | 11/15/18 | J | | |
| 186.  - Sabine Roy. Trust (X) | A | Distribution | J | T | Buy (add'l) | 11/15/18 | J | | |
| 187.  - San Juan Basin Roy. Trust (X) | A | Distribution | J | T | Buy (add'l) | 11/09/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  - Williams Partners LP (See Note 6) (X) | A | Dividend | K | T | Sold<br>(part) | 05/14/18 | J | A | |
| 189.  - Williams Partners LP (X) | | | | | Sold<br>(part) | 08/13/18 | J | A | |
| 190.  - Williams Partners LP (X) | | | | | Buy<br>(add'l) | 10/01/18 | J | | |
| 191.  - Williams Partners LP (X) | | | | | Buy<br>(add'l) | 11/28/18 | J | | |
| 192.  - First Eagle Overseas Fund (X) | B | Dividend | K | T | Buy<br>(add'l) | 10/17/18 | J | | |
| 193.  - Harbor High Yield (X) | B | Dividend | K | T | | | | | |
| 194.  - Templeton Emerging Mkts (X) | A | Dividend | J | T | | | | | |
| 195.  - Templeton Global Bond Fund (X) | B | Dividend | K | T | Buy<br>(add'l) | 09/28/18 | J | | |
| 196.  - Vanguard Prime (X) | B | Dividend | | | Buy<br>(add'l) | 06/28/18 | J | | |
| 197.  - Vanguard Prime (X) | | | | | Buy<br>(add'l) | 07/31/18 | J | | |
| 198.  - Vanguard Prime (X) | | | | | Sold<br>(part) | 09/28/18 | J | A | |
| 199.  - Vanguard Prime (X) | | | | | Sold<br>(part) | 11/07/18 | J | A | |
| 200.  - Vanguard Prime (X) | | | | | Sold | 12/10/18 | L | A | |
| 201.  - I Shares JPMorgan Local Currency (X) | B | Dividend | K | T | Buy<br>(add'l) | 05/31/18 | K | | |
| 202.  - I Shares JPMorgan Local Currency (X) | | | | | Buy<br>(add'l) | 10/01/18 | J | | |
| 203.  - I Shares TR S+P 500 Growth (X) | A | Dividend | K | T | Sold<br>(part) | 05/31/18 | J | A | |
| 204.  - I Shares TR S+P 500 Growth (X) | | | | | Sold<br>(part) | 07/23/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 09/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - I Shares TR S+P 500 Value (X) | A | Dividend | K | T | Buy (add'l) | 05/31/18 | J | | |
| 206. - I Shares Core MSCI Emerging (X) | B | Dividend | K | T | Buy (add'l) | 10/01/18 | J | | |
| 207. - I Shares Core MSCI Emerging (X) | | | | | Buy (add'l) | 10/18/18 | J | | |
| 208. - Vanguard Bond (X) | A | Dividend | L | T | Buy (add'l) | 10/01/18 | J | | |
| 209. - Vanguard Bond (X) | | | | | Sold (part) | 11/28/18 | J | A | |
| 210. - Pershing Gov. Acct. (X) | A | Dividend | J | T | | | | | |
| 211. - Pfizer (X) | | None | | | Sold | 09/24/18 | J | A | |
| 212. - Team Inc. (X) | | None | | | Sold | 09/20/18 | J | A | |
| 213. - Harbor Int.'l Fund (X) | | None | | | Buy (add'l) | 07/19/18 | J | | |
| 214. - Harbor Int'l Fund (X) | | | | | Buy (add'l) | 09/28/18 | J | | |
| 215. - Harbor Int'l Fund (X) | | | | | Sold | 12/04/18 | K | A | |
| 216. - Powershares ETF (X) | A | Dividend | | | Sold | 05/31/18 | J | A | |
| 217. - MFS Int'l | B | Dividend | K | T | Buy | 12/04/18 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Hanen, Andrew S.** | 09/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The fund labeled "First TR Exchange Trade" is now being called "First Trust Dow Jones." It will be referred to by that name in subsequent reports.

2. In past reports this fund was referred to as the BMO Short Term Intermediate Bond, but its name was changed last year after a merger with another fund.

3. The name of this fund when originally purchased was Fidelity Money Market Premium Class, but in November it merged with Fidelity 500 Index Fund and that is the current name.

4. The Waco Texas bonds and the Bank of America Money Market Fund were accidentally omitted from the 2017 report due to a page break, but are included here. Other than the receipt of interest totaling less than $5,000, there were no transactions concerning the bonds in 2017. The money market was originally called BIF Tax Exempt. It changed its name to Bank of America Money Market Fund during 2018. It is only the sweep portion of the brokerage account in which excess funds are deposited or withdrawn and those deposits or withdrawals were the only activities in 2017 and 2018.

5. IRA Accounts five and six were inherited in the spring of 2018           .

6. Williams Partners LP was merged into Williams Bros. Inc. on August 13, 2018. The merger was not finalized until December of 2018 at which time fractional shares were bought out and the spouse of the undersigned received $21.66 for those fractional shares.

7. This money market was inadvertantly left off of the initial report and the report has been amended to include it.

8. All life insurance policies (Part VII, Lines 85-90) are either whole life or what is called extraordinary life (EOL), which are essentially whole life policies. Any dividends that are generated are used to pay the premium or to buy more coverage. The undersigned does not have any investment authority over these policies, nor does he invest any funds associated with these policies.

| Name of Person Reporting | Date of Report |
|---|---|
| Hanen, Andrew S. | 09/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **Andrew S. Hanen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544